Document ID: 24a737a9f198f473fadd0df572511ad5ae4ae6c73e6e1f9621e710425d319fa9

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Ana L. Coffey aka Ana Laura Coffey aka Ana Coffey | BK NO. 23-02190 MJC |
| Debtor(s) | Chapter 13 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of Lakeview Loan Servicing LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Maggie Soboleski*

Maggie Soboleski
30 Jun 2026, 09:25:10, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322