Certificate Number: 15317-PAM-DE-041171968

Bankruptcy Case Number: 23-02190



15317-PAM-DE-041171968

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 6, 2026, at 11:49 o'clock AM PDT, Ana Coffey completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: July 6, 2026

By: /s/Marvin Dela Cruz

Name: Marvin Dela Cruz

Title: Credit Counselor