**Fill in this information to identify the case:**

Debtor 1     ANA L. COFFEY

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  MIDDLE     District of  PA
                                                          (State)

Case number   23-02190-MJC

Official Form 410C13-N

# Trustee's Notice of Disbursements Made
12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).

| Part 1: | Mortgage Information |
|---|---|

**Name of claim holder:**   M&T BANK AS SERVICER FOR LAKEVIEW     **Court claim no.** (if known): 14

**Last 4 digits** of any number you use to identify the debtor's account:   8   4   4   0

**Property address:**   140 LAMBERT STREET
                        Number      Street

                        PITTSTON            PA        18640
                        City                State     ZIP Code

| Part 2: | Statement of Completion |
|---|---|

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: _____ (web address).

| Part 3: | Arrearages |
|---|---|

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 985.14 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 985.14 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ |
| d. Total amount of arrearages disbursed by the trustee: | $ 985.14 |

## Part 4: Postpetition Payments

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other: _____

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:                   $ _____

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on
_____.  All subsequent ongoing mortgage payments must be made directly by the debtor
to the mortgage claimant.

## Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee:                   $ _____

## Part 6: A Response Is Required by Bankruptcy Rule 3002.1(g)(3)

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✖ /s/Donna Schott, Funds Manager
Signature                                          Date   7 / 28 / 2026

Trustee      Jack                N              Zaharopoulos
First Name          Middle Name          Last Name

Address      8125 Adams Drive, Suite A
Number              Street

Hummelstown                    PA          17036
City                                State      ZIP Code

Contact phone  ( 717 ) 566 – 6097                   Email  info@pamd13trustee.com

Case 5:23-bk-02190-MJC    Doc 46    Filed 07/28/26    Entered 07/28/26 13:25:15    Desc
Main Document      Page 2 of 3

**DISBURSEMENT HISTORY**

| DATE | CODE | DESCRIPTION | CREDITOR # | CHECK NO. | AMOUNT |
|---|---|---|---|---|---|
| **NATIONSTAR MORTGAGE** | | **Claim Number 520** | | | |
| Nov 19, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | NS 619094 | 2042138 | 88.00 |
| Dec 17, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | NS 619094 | 2043066 | 276.00 |
| Jan 15, 2025 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | NS 619094 | 2044017 | 276.00 |
| Feb 19, 2025 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | NS 619094 | 2044965 | 276.00 |
| Mar 18, 2025 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | NS 619094 | 2045912 | 69.14 |
| **TOTAL FOR NATIONSTAR MORTGAGE** | | | | | **985.14** |
| | | | **DISBURSEMENT TOTAL** | | **985.14** |

Case 5:23-bk-02190-MJC   Doc 46   Filed 07/28/26   Entered 07/28/26 13:25:15   Desc
Main Document      Page 3 of 3