United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 23-02190-MJC
Ana L. Coffey Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5 User: AutoDocke 
Date Rcvd: Sep 25, 2026 Form ID: 3180W Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ana L. Coffey, 140 Lambert Street, Pittston, PA 18640-2045 |
| 5570601 | + | Lakeview Loan Servicing, LLC, c/o Roger Fay, Esquire, Albertelli Law, 14000 Commerce Parkway, Suite H, Mount Laurel, NJ 08054-2242 |
| 5568405 | + | Patrick L. Coffey, 140 Lambert St., Pittston, PA 18640-2045 |
| 5569018 | | U.S. Department of Housing and Urban Development, 12th Floor 801 Market Street, Philadelphia, PA 19107 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 25 2026 18:56:41 | c/o Resurgent Capita Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5575034 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 25 2026 18:56:41 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5568397 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 25 2026 18:56:45 | Affirm, Inc., 30 Isabella St., 4th Fl, Pittsburgh, PA 15212-5862 |
| 5579426 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 25 2026 18:56:40 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5568398 | + | EDI: GMACFS.COM | Sep 25 2026 22:47:00 | Ally Bank, 1100 Virginia Drive, Suite 150, Washington PA 19034-3276 |
| 5568399 | + | EDI: CAPITALONE.COM | Sep 25 2026 22:47:00 | Capital One, PO BOx 31293, Salt Lake City, UT 84131-0293 |
| 5577220 | | EDI: CAPITALONE.COM | Sep 25 2026 22:47:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5580478 | | EDI: CITICORP | Sep 25 2026 22:47:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5568400 | + | EDI: CITICORP | Sep 25 2026 22:47:00 | Citicards, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 5568401 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 25 2026 18:56:45 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5568402 | + | EDI: DISCOVER | Sep 25 2026 22:47:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5569773 | | EDI: DISCOVER | Sep 25 2026 22:47:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5577895 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 25 2026 18:56:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5817171 | ^ | MEBN | Sep 25 2026 18:51:48 | Lakeview Loan Servicing LLC, C/O M&T BANK, P.O. Box 840, Buffalo, NY 14240-0840, Lakeview Loan Servicing LLC, C/O M&T BANK |

| | | | | |
|---|---|---|---|---|
| | | | | 14240-0840 |
| 5817170 | ^ | MEBN | Sep 25 2026 18:51:50 | Lakeview Loan Servicing LLC, C/O M&T BANK, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5581068 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 25 2026 18:57:00 | Lakeview Loan Servicing, LLC, c/o Nationstar Mortgage LLC, ATTN: Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9096 |
| 5568403 | + | EDI: LENDNGCLUB | Sep 25 2026 22:47:00 | Lending Club Bank, 595 Market St., Suite 200, San Francisco, CA 94105-2802 |
| 5568404 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 25 2026 18:57:00 | Mr. Cooper, 8950 Cypress Waters Blvd., Dallas, TX 75019-4620 |
| 5582023 | | EDI: PRA.COM | Sep 25 2026 22:47:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5660907 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 25 2026 18:56:40 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603, Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5660906 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 25 2026 18:56:45 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5568406 | + | EDI: SYNC | Sep 25 2026 22:47:00 | Synchrony Bank/Amazon.com, P.O. Box 965045, Orlando, FL 32896-5045 |
| 5568407 | | EDI: SYNC | Sep 25 2026 22:47:00 | Synchrony Bank/CareCredit, Attn: Bankruptcy Dept., P.O. Box 965064, Orlando, FL 32896-5060 |
| 5568408 | + | EDI: CITICORP | Sep 25 2026 22:47:00 | The Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5568409 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 25 2026 18:57:00 | Toyota Financial Services, Attn: Bankruptcy Dept., P.O. Box 22171, Tempe, AZ 85285-2171 |
| 5578272 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Sep 25 2026 18:57:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2026 at the address(es) listed below:**

**Name** **Email Address**

| | |
|---|---|
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Maggie Soboleski | on behalf of Creditor Lakeview Loan Servicing LLC msoboleski@kmllawgroup.com |
| Roger Fay | on behalf of Creditor Lakeview Loan Servicing LLC rfay@alaw.net |
| Tullio DeLuca | on behalf of Debtor 1 Ana L. Coffey tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

**Information to identify the case:**

Debtor 1 Ana L. Coffey

First Name Middle Name Last Name

Social Security number or ITIN xxx–xx–4131
EIN _ _–_ _ _ _ _ _ _

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

Social Security number or ITIN _ _ _ _
EIN _ _–_ _ _ _ _ _ _

United States Bankruptcy Court Middle District of Pennsylvania

Case number: 5:23–bk–02190–MJC

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ana L. Coffey
aka Ana Laura Coffey, aka Ana Coffey

**By the court:**

9/25/26

Mark J. Conway, United States
Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

For more information, see page 2>

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- some debts which the debtors did not properly list;
- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**